EXHIBIT A

SINCE 1881

FROEHLING & ROBERTSON, INC.

*Engineering Stability Since 1881*

## AUTHORIZATION FOR SERVICES

Froehling & Robertson, Inc. (F&R) is pleased to provide the services described below. The purpose of this form is to obtain your authorization for the services requested and to confirm the terms under which these services will be provided as shown below and on page 2.

Compensation for services rendered will be based on the rates outlined below or on our attached fee schedule which are part of this Authorization for Services. If we are required to modify the scope of services at your request or determine during the performance of the services that a modification of scope is required, we will promptly seek a mutually agreeable revision to the scope of services and associated fees.

PROJECT NAME AND F&R FILE NO.: **Gallery at Godwin**

PROJECT LOCATION: **3061 Godwin Boulevard, Suffolk, VA**

SERVICES AUTHORIZED BY: [signature] DATE: 4/5/22

(Signature)

(Print name and title) Chris Bryant, Vice President

| | | | | |
|---|---|---|---|---|
| CLIENT: | (Firm) | **G & M Mechanical** | Attn: | **Chris Bryant** |
| | Address | **PO Box 1600** | | |
| | City, State | **Rincon, GA** | Zip Code | **31326** |
| | Phone: | **(912)444-0934** | Fax: | **N/A** |
| | Cell: | **(804)814-3016** | E-mail | **chris@gandmmechanical.com** |

SCOPE OF SERVICES AUTHORIZED

F&R will endeavor to use Ground Penetrating Radar (GPR) to attempt to locate reinforcing steel and post tensioned cables at the above referenced project. It is our understanding that the surfaces will be concrete. The fee for GPR services for a full day lump sum of **$1600.** This lump sum fee includes operating engineer, equipment usage, mileage for one (1) site visit, and reporting of the site visit. Additional site visits or locations will increase the fee. Additional fee will be commensurate with additional scope.

**If you fail to return this signed Authorization to us and F&R provides any of these proposed services to you, the Terms and Conditions set forth on page 2 shall apply to the services provided by F&R.**

PREPARED BY: [signature]

Bradley Newton, Project Manager

EXHIBIT A

## TERMS AND CONDITIONS

1. Services to be provided – Froehling & Robertson, Inc. (F&R), agrees to provide Client, for its sole benefit and exclusive use, professional and consulting services as described under Scope of Services Authorized. F&R shall not be responsible for providing any services not specifically listed under Scope of Services Authorized.
2. Payment Terms – Client agrees to pay invoices upon receipt. If payment is not received within 30 days from the date of invoice, Client agrees to pay a service charge of 1-1/2% per month plus applicable collection costs.
3. Standard of Care – F&R agrees to perform all services using the degree of care and skill ordinarily exercised by reputable members of F&R's profession practicing in the same or similar locality under similar conditions at that time.
4. Insurance – F&R maintains statutory insurance coverage as defined by the state where the work takes place for Workers Compensation, Employers Liability, and Comprehensive General Liability.
5. Limitation of Liability – Client agrees that F&R's liability to Client or any third party for any reason arising out of or relating to its performance of services under this agreement is limited to $50,000 or the amount of F&R's fee for services under this agreement, whichever is greater.
6. Site Access – Client agrees to arrange for the right-of-entry to the property for the purpose of performing studies, tests and evaluations in connection with the agreed service.
7. Supervision of Work – F&R and Client agree that F&R shall have no authority nor responsibility to, nor will it, supervise, direct or have control over any contractor's work, nor shall it have responsibility or liability for the means, methods, techniques, or procedures utilized by any contractor, for safety precautions and programs incident to the work of any contractor, for any failure of any contractor to comply with laws, rules, regulations, ordinances, codes or orders applicable to such contractor's work. Accordingly, F&R neither guarantees the performance of any contractor nor assumes responsibility for any contractor's failure to perform its work in accordance with its contract.
8. Unforeseen Conditions – Unforeseen conditions or hazardous materials may be encountered, which might affect the completion of our services. If this occurs we will promptly notify Client, but will act to protect our personnel based on our sole judgment. Client agrees to indemnify F&R against third party claims for damage or injury because of hazardous materials encountered at the site.
9. **Warranties – THERE ARE NO EXPRESSED OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR WARRANTY OF PLANS AND SPECIFICATIONS. ALL IMPLIED WARRANTIES ARE DISCLAIMED.**
10. Termination – This agreement may be terminated by either party upon ten (10) days prior written notice to the other party. Client agrees to pay F&R for all services performed and all expenses incurred through the termination date.
11. Construction – This agreement constitutes the entire agreement and understanding between F&R and Client and supersedes any prior proposals, agreements and understandings between F&R and Client with respect to the subject matter thereof. This agreement shall be governed in all respects by the laws of the Commonwealth of Virginia. This agreement shall not be amended unless by writing signed by F&R and Client. In the event any provision of this agreement is found to be unenforceable, the other provisions of this agreement shall remain in full force and effect.
12. **CLIENT AND F&R WAIVE ALL CLAIMS AGAINST ONE ANOTHER FOR ANY AND ALL INCIDENTAL, CONSEQUENTIAL, INDIRECT, SPECIAL, AND EXEMPLARTY OR PUNITIVE DAMAGES, INCLUDING ANY CLAIM FOR LOST PROFITS OR LOSS OF REVENUE.**