**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| **WESTFIELD INSURANCE COMPANY,**<br>***Plaintiff,***<br><br>**v.**<br><br>**FROEHLING & ROBERTSON, INC.,**<br><br>**and**<br><br>**BRANDON'S PLUMBING, LLC,**<br><br>**and**<br><br>**KINSALE INSURANCE COMPANY,**<br>***Defendants.*** | **CIVIL ACTION NO.: 2:26-cv-00909** |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE the undersigned counsel, James L. Chapman, IV, who is licensed to practice in this Court, hereby enters his appearance on behalf of WESTFIELD INSURANCE COMPANY.

Date: August 28, 2026

Respectfully submitted,

**WESTFIELD INSURANCE COMPANY**

*/s/ James L. Chapman, IV*

James L. Chapman, IV, Esq. (VSB No. 21983)
K. Barrett Luxhoj, Esq. (VA Bar No. 86302)
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, VA 23510
Telephone: 757-623-3000
Facsimile: 757-623-5735
jchapman@cwm-law.com
kbluxhoj@cwm-law.com

*and*

Kenneth Levine, Esq. *(To be Admitted Pro Hac Vice)*
Matthew Connolly, Esq. *(To be Admitted Pro Hac Vice)*
DE LUCA LEVINE LLC
301 E. Germantown Pike, Ste. 300
E. Norriton, PA 19401
Phone: 215.588.5085
Facsimile: 703.591.9285
KLevine@deLucaLevine.com
MConnolly@delucalevine.com

*Counsel for Plaintiff*