**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| **WESTFIELD INSURANCE COMPANY,**<br>***Plaintiff,***<br><br>**v.**<br><br>**FROEHLING & ROBERTSON, INC.,**<br><br>**and**<br><br>**BRANDON'S PLUMBING, LLC,**<br><br>**and**<br><br>**KINSALE INSURANCE COMPANY,**<br>***Defendants.*** | **CIVIL ACTION NO.: 2:26-cv-00909** |

**DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1 of the Eastern District of Virginia, Plaintiff Westfield Insurance Company ("Westfield"), by counsel, submits this Disclosure of Citizenship in Diversity Jurisdiction Case and identifies the citizenship of the parties as follows:

| (Party/Intervenor) | (Citizenship) |
|---|---|
| Westfield Insurance Company | Ohio |
| Froehling & Robertson, Inc. | Virginia |
| Brandon's Plumbing, LLC | Georgia |
| Kinsale Insurance Company | Arkansas |

Date: August 31, 2026

Respectfully submitted,

**WESTFIELD INSURANCE COMPANY**

*/s/ K. Barrett Luxhoj*

James L. Chapman, IV, Esq. (VSB No. 21983)
K. Barrett Luxhoj, Esq. (VA Bar No. 86302)
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, VA 23510
Telephone: 757-623-3000
Facsimile: 757-623-5735
jchapman@cwm-law.com
kbluxhoj@cwm-law.com

*and*

Kenneth Levine, Esq. *(To be Admitted Pro Hac Vice)*
Matthew Connolly, Esq. *(To be Admitted Pro Hac Vice)*
DE LUCA LEVINE LLC
301 E. Germantown Pike, Ste. 300
E. Norriton, PA 19401
Phone: 215.588.5085
Facsimile: 703.591.9285
KLevine@deLucaLevine.com
MConnolly@delucalevine.com

*Counsel for Plaintiff*