**Exhibit A – List of Admissions**

| **Jurisdiction** | **Date of Admission** | **Bar ID** |
|---|---|---|
| Pennsylvania State Bar | 11/02/2005 | 201746 |
| New Jersey State Bar | 01/20/2014 | 082382014 |
| Ohio State Bar | 06/12/2018 | 97527 |
| USDC, Eastern District of Pennsylvania | 05/16/2019 | |
| USDC, Northern District of Ohio | 02/28/2020 | |
| USDC, Eastern District of Michigan | 06/04/2019 | |
| USDC of New Jersey | 10/22/2021 | |
| USDC, Middle District of Pennsylvania | 08/28/2024 | |
| USDC of Colorado | 08/29/2024 | |
| USDC, Western District of Pennsylvania | 06/21/2022 | |
| USDC, Western District of Michigan | 02/08/2022 | |
| USDC, Northern District of Indiana | 01/20/2023 | |
| USDC, Southern District of Ohio | 03/03/2022 | |