**Exhibit A – List of Admissions**

| Jurisdiction | Date of Admission | Bar ID |
|---|---|---|
| Pennsylvania State Bar | 04/17/1991 | 60984 |
| New Jersey State Bar | 01/01/1991 | 022661990 |
| New York State Bar | 10/19/2022 | 5989132 |
| USDC of New Jersey | 02/01/1991 | |
| USDC, Middle District of Pennsylvania | 04/02/1992 | |
| 3rd Circuit Court of Appeals | 10/10/1997 | |
| USDC, Eastern District of Pennsylvania | 09/28/1999 | |
| USDC, Northern District of Ohio | 02/21/2020 | |
| USDC, Eastern District of Michigan | 06/08/2020 | |
| USDC, Western District of Michigan | 01/17/2002 | |
| USDC, Northern District of Illinois | 02/02/2017 | |
| USDC, Southern District of New York | 01/17/2023 | |
| USDC, Eastern District of New York | 03/06/2023 | |
| USDC, Northern District of New York | 03/08/2023 | |
| USDC, Northern District of Indiana | 07/21/2023 | |
| USDC, Western District of New York | 10/06/2025 | |