IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number 2:26-cv-00909, Case Name Westfield Insurance Company v. Froehling & Robertson et al
Party Represented by Applicant: Westfield Insurance Company

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Matthew Connolly
Bar Identification Number 201746 State PA
Firm Name de Luca Levine, LLC
Firm Phone # 215-383-0081 Direct Dial # 215-310-5222 FAX # 215-383-0082
E-Mail Address MConnolly@delucalevine.com
Office Mailing Address 301 E. Germantown Pike, Suite 300, East Norriton, PA 19401

Name(s) of federal district court(s) in which I have been admitted Please see Exhibit A.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

Matthew Connolly
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature) 9/16/26 (Date)
K. Barrett Luxhoj 86302
(Typed or Printed Name) (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☑ *or* Exemption Granted ☐

The motion for admission is GRANTED ☑ *or* DENIED ☐

/s/
Mark S. Davis
(Judge's Signature)
United States District Judge

Sept. 16, 2026
(Date)

**Exhibit A – List of Admissions**

| **Jurisdiction** | **Date of Admission** | **Bar ID** |
|---|---|---|
| Pennsylvania State Bar | 11/02/2005 | 201746 |
| New Jersey State Bar | 01/20/2014 | 082382014 |
| Ohio State Bar | 06/12/2018 | 97527 |
| USDC, Eastern District of Pennsylvania | 05/16/2019 | |
| USDC, Northern District of Ohio | 02/28/2020 | |
| USDC, Eastern District of Michigan | 06/04/2019 | |
| USDC of New Jersey | 10/22/2021 | |
| USDC, Middle District of Pennsylvania | 08/28/2024 | |
| USDC of Colorado | 08/29/2024 | |
| USDC, Western District of Pennsylvania | 06/21/2022 | |
| USDC, Western District of Michigan | 02/08/2022 | |
| USDC, Northern District of Indiana | 01/20/2023 | |
| USDC, Southern District of Ohio | 03/03/2022 | |