AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Westfield Insurance Company
*Plaintiff*
v.
Froehling & Robertson, Incorporated et al
*Defendant*

Case No. 2:26-cv-00909

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Froehling & Robertson, Incorporated et al .

Date: 09/25/2026

/s/ Michael D. Pierce
*Attorney's signature*

Michael D. Pierce VSB #89768
*Printed name and bar number*

O'Hagan Meyer PLLC
411 E. Franklin Street, Suite 500
Richmond, Virginia 23219
*Address*

mpierce@ohaganmeyer.com
*E-mail address*

(804) 403-7138
*Telephone number*

(804) 403-7110
*FAX number*