**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | | |
|---|---|---|
| **WESTFIELD INSURANCE COMPANY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No.: 2:26-cv-00909-MSD-DEM** |
| **FROEHLING & ROBERTSON, INCORPORATED, et al.,** | ) | |
| **Defendants.** | ) | |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the United States District Court for the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned, counsel for Defendant Kinsale Insurance Company ("Kinsale") in the above captioned action, certifies that The Kinsale Insurance Company, a nongovernmental corporation, is 100% owned by Kinsale Capital Group, Inc., which is a publicly traded corporation.

**Respectfully submitted,**

**KINSALE INSURANCE COMPANY**

**By:** /s/ John B. Mumford, Jr.
**Counsel**

John B. Mumford, Jr. (VSB No. 38764)
HANCOCK, DANIEL & JOHNSON P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
jmumford@hancockdaniel.com
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
*Counsel for Kinsale Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November 2026, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

James L. Chapman, IV (VSB No. 21983)
K. Barrett Luxhoj (VSB No. 86302)
CRENSHAW, WARE & MARTIN, P.L.C.
150 W, Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
kbluxhoj@cwm-law.com

Kenneth Levine *(Admitted Pro Hac Vice)*
Matthew Connolly *(Admitted Pro Hac Vice)*
DE LUCA LEVINE LLC
301 E. Germantown Pike, Ste. 300
E. Norriton, PA 19401
Telephone: (215) 588-5085
Facsimile: (703) 591-9285
klevine@delucalevine.com
mconnolly@delucalevine.com

*Counsel for Plaintiff*

/s/ John B. Mumford, Jr.
John B. Mumford, Jr.