**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| **WESTFIELD INSURANCE COMPANY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FROEHLING & ROBERTSON, INCORPORATED, et al.,**<br><br>**Defendants.** | **Civil Action No.: 2:26-cv-00909-MSD-DEM** |

# NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Kinsale Insurance Company. I certify that I am admitted to practice in this court.

Dated: November 16, 2026

**Respectfully submitted,**

**KINSALE INSURANCE COMPANY**

**By:** /s/ Benjamin R. Fox
Benjamin R. Fox (VSB No. 87532)
HANCOCK, DANIEL & JOHNSON, LLC
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
bfox@hancockdaniel.com
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
*Counsel for Kinsale Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November 2026, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

James L. Chapman, IV (VSB No. 21983)
K. Barrett Luxhoj (VSB No. 86302)
CRENSHAW, WARE & MARTIN, P.L.C.
150 W, Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
kbluxhoj@cwm-law.com

Kenneth Levine *(Admitted Pro Hac Vice)*
Matthew Connolly *(Admitted Pro Hac Vice)*
DE LUCA LEVINE LLC
301 E. Germantown Pike, Ste. 300
E. Norriton, PA 19401
Telephone: (215) 588-5085
Facsimile: (703) 591-9285
klevine@delucalevine.com
mconnolly@delucalevine.com

*Counsel for Plaintiff*

/s/ Benjamin R. Fox
Benjamine R. Fox